IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOWER SUSQUEHANNA RIVERKEEPER ASSOCIATION, WATERKEEPER ALLIANCE, and PENNENVIRONMENT,** | : CIVIL ACTION NO. 1:19-CV-1324 <br> : <br> : (Chief Judge Conner) |
| **Plaintiffs** | : |
| v. | : |
| **TALEN ENERGY CORPORATION and BRUNNER ISLAND, LLC,** | : |
| **Defendants** | : |

___

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION,** | : CIVIL ACTION NO. 1:19-CV-1329 <br> : <br> : (Chief Judge Conner) |
| **Plaintiff** | : |
| v. | : |
| **TALEN ENERGY CORPORATION and BRUNNER ISLAND, LLC,** | : |
| **Defendants** | : |

## **ORDER**

AND NOW, this 12th day of August, 2019, upon consideration of the joint motion to consolidate cases filed by defendants, wherein defendants seek to consolidate two related actions—<u>Lower Susquehanna Riverkeepers Ass'n v. Talen Energy Corp.</u>, No. 1:19-CV-1324, assigned to the undersigned, and <u>Commonwealth of Pa., Dep't of Envtl. Prot. v. Talen Energy Corp.</u>, No. 1:19-CV-1329, assigned to Judge John E. Jones III—and further upon consideration of the order entered by

Judge Jones in the second-filed action, granting defendants' identical motion to consolidate and reassigning the second-filed action to the undersigned, it is hereby ORDERED that:

1. Defendants' motion (Doc. 5) to consolidate cases filed in the first-filed action, <u>Lower Susquehanna Riverkeepers Ass'n v. Talen Energy Corp.</u>, No. 1:19-CV-1324, is GRANTED.

2. The above-captioned actions are CONSOLIDATED for all purposes.

3. The Clerk of Court is directed to consolidate the second-filed action, <u>Commonwealth of Pa., Dep't of Envtl. Prot. v. Talen Energy Corp.</u>, No. 1:19-CV-1329, into the first-filed action, <u>Lower Susquehanna Riverkeepers Ass'n v. Talen Energy Corp.</u>, No. 1:19-CV-1324, and thereafter close the second-filed action.

4. All future documents filed in these consolidated cases shall be filed to the first-filed action, <u>Lower Susquehanna Riverkeepers Ass'n v. Talen Energy Corp.</u>, No. 1:19-CV-1324.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania